IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO)

| | |
|---|---|
| **CALVARY CHAPEL OF UKIAH,** A CALIFORNIA NON-PROFIT CORPORATION; **CALVARY CHAPEL FORT BRAGG,** A CALIFORNIA NON-PROFIT CORPORATION; AND **RIVER OF LIFE CHURCH,** A CALIFORNIA NON-PROFIT CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM,** IN HIS OFFICIAL CAPACITY AS GOVERNOR OF CALIFORNIA; **SONIA ANGELL, M.D.,** IN HER OFFICIAL CAPACITY AS CALIFORNIA STATE PUBLIC HEALTH OFFICER; **NOEMI DOOHAN, M.D., PH.D.,** IN HER OFFICIAL CAPACITY AS PUBLIC HEALTH OFFICER, MENDOCINO COUNTY; AND **NGOC-PHUONG LUU, M.D.,** IN HER OFFICIAL CAPACITY AS INTERIM PUBLIC HEALTH OFFICER, BUTTE COUNTY,<br><br>Defendants. | 2:20-cv-01431-KJM-DMC<br><br>**STIPULATION TO EXTEND DEFENSE DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Courtroom:   3<br>Judge:          Hon. Kimberly J. Mueller<br>Action Filed:  July 15, 2020 |

Whereas, on August 6, 2020, Plaintiffs Calvary Chapel of Ukiah, Calvary Chapel Fort Bragg, and River of Life Church ("Plaintiffs") filed the first amended complaint;

1

1    Whereas, on August 12, 2020, Plaintiffs filed a motion for a preliminary injunction, with a

2  hearing date of September 25, 2020;

3    Whereas, Defendants Gavin Newsom, Governor of California; Erica Pan, M.D., (Acting)

4  California State Public Health Officer[1]; Robert Bernstein, M.D., Ph.D., M.P.H., Health Officer,

5  Butte County[2]; and Noemi Doohan, M.D., Ph.D., Health Officer, Mendocino County

6  ("Defendants"), all sued in their official capacities, filed executed waivers of service setting a

7  response deadline for the first amended complaint of October 5, 2020;

8    Whereas, on September 1, 2020, the Court reset the hearing date on the motion for a

9  preliminary injunction to October 16, 2020;

10    Whereas, therefore, on September 22, 2020, Plaintiffs and Defendants stipulated to extend

11  the deadlines for Defendants to respond to the first amended complement to November 2, 2020;

12    Whereas, on October 1, 2020, Plaintiffs and Defendants stipulated to extend the briefing

13  schedule and to reset the hearing date for the motion for a preliminary injunction to November 6,

14  2020;

15    Whereas, Plaintiffs and Defendants agree that the outcome of the motion for a preliminary

16  injunction is likely to have substantial significance for possible motions to dismiss the first

17  amended complaint;

18    Whereas, Plaintiffs and Defendants agree that it is sensible to postpone Defendants'

19  deadlines to respond to the complaint until a short time after the motion for a preliminary

20  injunction is decided;

21    Therefore, under Local Rule 144, Plaintiffs and Defendants hereby stipulate that the

22  deadline for all Defendants to respond to the first amended complaint is extended until 14 days

23  after the Court rules on Plaintiffs' pending motion for a preliminary injunction.

---

[1] Dr. Pan replaced Sonia Angell, M.D., as California State Public Health Officer, on an interim basis. Per Federal Rule of Civil Procedure 25(d), Dr. Pan's name should replace Dr. Angell's name as a defendant herein (still in official capacity).

[2] Dr. Bernstein replaced Ngoc-Phuong Luu, M.D., as Public Health Officer, Butte County. Per Federal Rule of Civil Procedure 25(d), Dr. Bernstein's name should replace Dr. Luu's name as a defendant herein (still in official capacity).

| | | |
|---|---|---|
| 1 | Dated:  October 28, 2020 | Respectfully submitted, |
| 2 | | XAVIER BECERRA<br>Attorney General of California |
| 3 | | MARK R. BECKINGTON<br>Supervising Deputy Attorney General |

  */s/ Jonathan M. Eisenberg*
JONATHAN M. EISENBERG
Deputy Attorney General
*Attorneys for Defendants Gavin Newsom, Governor of California, and Erica Pan, M.D., California State Public Health Officer*

Dated:  October 28, 2020          Respectfully submitted,

TYLER & BURSCH, LLP
Robert H. Tyler

  */s/ Nada N. Higuera (w/permission by JME)*
NADA N. HIGUERA
Deputy Attorney General
*Attorneys for Plaintiffs Calvary Chapel of Ukiah, Calvary Chapel Fort Bragg, and River of Life Church*

Dated:  October 28, 2020          Respectfully submitted,

BUTTE COUNTY COUNSEL'S OFFICE

  */s/ Bruce S. Alpert (w/permission by JME)*
BRUCE S. ALPERT
County Counsel
*Attorneys for Defendant Robert Bernstein, M.D., Ph.D., M.P.H., Health Officer, Butte County*

3

| | | |
|---|---|---|
| 1 | Dated: October 28, 2020 | Respectfully submitted, |
| 2 | | MENDOCINO COUNTY COUNSEL'S OFFICE |
| 4 | | _/s/ Christian Curtis (w/permission by JME)_ |
| 5 | | CHRISTIAN CURTIS<br>County Counsel |
| 6 | | *Attorneys for Defendant Noemi Doohan, M.D., Ph.D., Health Officer, Mendocino County* |

4

XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MARK R. BECKINGTON, State Bar No. 126009
Supervising Deputy Attorney General
JONATHAN M. EISENBERG, State Bar No. 184162
Deputy Attorney General
　300 South Spring Street, Suite 1702
　Los Angeles, CA  90013
　Telephone:  (213) 269-6246
　Fax:  (916) 731-2124
　E-mail:  Jonathan.Eisenberg@doj.ca.gov
*Attorneys for Defendants Gavin Newsom, Governor
of California, and Sandra Shewry, MPH, MSW,
California State Public Health Officer*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(SACRAMENTO)

| | |
|---|---|
| **CALVARY CHAPEL OF UKIAH, A CALIFORNIA NON-PROFIT CORPORATION; CALVARY CHAPEL FORT BRAGG, A CALIFORNIA NON-PROFIT CORPORATION; AND RIVER OF LIFE CHURCH, A CALIFORNIA NON-PROFIT CORPORATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF CALIFORNIA; SONIA ANGELL, M.D., IN HER OFFICIAL CAPACITY AS CALIFORNIA STATE PUBLIC HEALTH OFFICER; NOEMI DOOHAN, M.D., PH.D., IN HER OFFICIAL CAPACITY AS PUBLIC HEALTH OFFICER, MENDOCINO COUNTY; AND NGOC-PHUONG LUU, M.D., IN HER OFFICIAL CAPACITY AS INTERIM PUBLIC HEALTH OFFICER, BUTTE COUNTY,**<br><br>Defendants. | 2:20-cv-01431-KJM-DMC<br><br>**ORDER ON [SECOND] STIPULATION TO EXTEND DEFENSE DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Courtroom:　3<br>Judge:　　　Hon. Kimberly J. Mueller<br>Action Filed:　July 15, 2020 |

　　　The Court has received, read, and considered the second stipulation to extend the defense deadline to respond to the first amended complaint herein.  For good cause shown, the Court hereby orders as follows:

1

Defendants Gavin Newsom, Governor of California, Erica Pan, M.D., (Acting) California State Public Health Officer, Robert Bernstein, M.D., Ph.D., M.P.H., Health Officer, Butte County, and Noemi Doohan, M.D., Ph.D., Health Officer, Mendocino County, all sued in official capacity, shall respond to the first amended complaint herein of Plaintiffs Calvary Chapel of Ukiah, Calvary Chapel Fort Bragg, and River of Life by the date, as yet uncertain, 14 days after the Court issues its ruling on Plaintiffs' pending motion for a preliminary injunction.

It is so ORDERED.

DATED: November 3, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE