**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALVARY CHAPEL OF UKIAH, et al., | No.  2:20-CV-1431-KJM-DMC |
| Plaintiffs, | |
| v. | <u>ORDER</u> |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action.  In light of the continued closure of the courthouses in this district to the public, the parties shall be required to appear telephonically at the scheduling conference set for November 18, 2020, at 10:00 a.m., before the undersigned in Redding, California.  Parties shall arrange their appearances through CourtCall.

IT IS SO ORDERED.

Dated:  November 13, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1