**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALVARY CHAPEL OF UKIAH, et al., | No. 2:20-CV-1431-KJM-DMC |
| Plaintiffs, | |
| v. | <u>ORDER</u> |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action. An initial scheduling conference was held on November 18, 2020, before the undersigned in Redding, California. Mariah Gondeiro, Esq., appeared telephonically for Plaintiffs. Charlotte Scott, Esq., Jonathan Eisenberg, Esq., and Brad Stephens, Esq., appeared telephonically for Defendants. Upon consideration of the joint status report on file in this action, discussion with the parties, and good cause appearing therefor, the Court will, by this order, set a schedule pursuant to Federal Rule of Civil Procedure 16(b).

    1.    No further joinder of parties or amendments to the pleadings is permitted without stipulation or leave of Court for good cause shown.

    2.    Jurisdiction and venue are not contested.

    3.    The parties shall exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) by December 9, 2020.

4. All non-expert discovery shall be completed and all motions pertaining to discovery shall be noticed to be heard by November 9, 2021.

5. The parties shall exchange initial lists of expert witnesses no later than November 23, 2021, and lists of rebuttal experts no later than December 14, 2021.  Such disclosures must be made pursuant to Federal Rule of Civil Procedure 26(a)(2)(A) and (B).  The parties are reminded of their obligation to supplement these disclosures when required under Federal Rule of Civil Procedure 26(e).

6. All expert discovery shall be completed and all motions pertaining to discovery shall be noticed to be heard by January 24, 2022.

7. A settlement conference is set before the undersigned in Redding, California, on January 27, 2022, at 9:00 a.m.

8. All dispositive motions shall be noticed to be heard by February 28, 2022.

9. The pre-trial conference and trial dates will be set by separate order.

IT IS SO ORDERED.

Dated:  December 2, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE