UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Calvary Chapel of Ukiah, et al., | No. 2:20-cv-01431-KJM-DMC |
| Plaintiffs, | ORDER |
| v. | |
| Gavin Newsom, et al., | |
| Defendants. | |

In light of California's most recent "Regional Stay Home Order,"[1] and the litany of new cases following the Supreme Court's decision in *Roman Catholic Diocese of Brooklyn v. Cuomo*, No. 20A87, 592 U.S. ___ (Nov. 25, 2020), the court directs the parties to file supplemental briefing up to ten (10) pages each addressing the following questions:

1. How does the Regional Stay Home Order affect the court's analysis of plaintiffs' argument for injunctive relief made prior to the Order's issuance, if at all?
2. How do recent controlling or persuasive court decisions, including those covered by the parties' notices of supplemental authority, inform the standard the court should

---

[1] Regional Stay Home Order, https://covid19.ca.gov/stay-home-except-for-essential-needs/ (last accessed January 7, 2020) (announced December 3, 2020 and effected December 5, 2020).

1         apply to plaintiff's request and the analysis of that request? *See* ECF Nos. 62, 64, 65,
2         66, 67.
3     Plaintiffs shall file their supplemental brief within seven (7) days, and defendants shall file
4 theirs within seven (7) days of the filing of plaintiffs' brief.
5     IT IS SO ORDERED.
6 DATED: January 8, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE