1   XAVIER BECERRA, State Bar No. 118517
Attorney General of California
2   MARK R. BECKINGTON, State Bar No. 126009
Supervising Deputy Attorney General
3   TODD GRABARSKY, State Bar No. 286999
Deputy Attorney General
4     300 South Spring Street, Suite 1702
Los Angeles, CA  90013
5     Telephone:  (213) 269-6044
Fax:  (916) 731-2124
6     E-mail:  Todd.Grabarsky@doj.ca.gov
*Attorneys for Governor Gavin Newsom and Public*
7   *Health Officer Dr. Tomás Aragón*[1]

8                      IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10                                  (SACRAMENTO)

11

12

13   **CALVARY CHAPEL OF UKIAH, A
CALIFORNIA NON-PROFIT CORPORATION, ET
AL.,**                                        2:20-cv-01431-KJM-DMC

14                                              **STIPULATION AND ORDER
GRANTING AN EXTENSION OF TIME**
                                  Plaintiffs,  **FOR DEFENDANTS TO RESPOND TO**
15                                              **THE FIRST AMENDED COMPLAINT**

16   **v.**

17   **GAVIN NEWSOM, IN HIS OFFICIAL
CAPACITY AS GOVERNOR OF CALIFORNIA, ET
18   AL.,**

19                                  Defendants.

20

21        Defendants Governor Gavin Newsom; California Public Health Officer Tomás Aragón;

22   Robert Bernstein, M.D., Ph.D., M.P.H., Health Officer, Butte County;[2] and Noemi Doohan,

23   M.D., Ph.D., Health Officer, Mendocino County (collectively "Defendants"); and Plaintiffs

24   Calvary Chapel of Ukiah, Calvary Chapel Fort Bragg, and River of Life Church (collectively

25   "Plaintiffs"), by and through their undersigned counsel, hereby stipulate and request that the

26

27        [1] Dr. Aragón, the current Director of the California Department of Public Health, is
automatically substituted for Sonia Angell as a defendant.  Fed. R. Civ. P. 25(d).
        [2] Dr. Bernstein is automatically substituted for Dr. Ngoc-Phuong Luu, as a defendant.
28   Fed. R. Civ. P. 25(d).

Court order that the deadline for Defendants to file their response to Plaintiffs' First Amended Complaint be extended on the following grounds:

1.   Plaintiffs filed the operative First Amended Complaint on August 6, 2020 (ECF No. 15);

2.   Plaintiffs filed an Amended Motion for a Preliminary Injunction on August 12, 2020 (ECF No. 19);

3.   On March 10, 2021, the Court denied the preliminary injunction motion (ECF No. 75);

4.   Upon prior stipulation and order of the Court, Defendants' deadline to file responsive pleadings to the First Amended Complaint is fourteen days after the ruling on the preliminary injunction motion, which is March 24, 2021 (*see* ECF No. 52);

5.   On March 12, 2021, the parties engaged in a meet-and-confer telephonic conference, during which counsel discussed extending Defendants' deadline to respond to the First Amended Complaint in light of the fact that Plaintiffs are contemplating whether to appeal the Court's order denying the preliminary injunction motion;

6.   To conserve judicial and party resources, the parties have agreed to extend the deadline for Defendants to respond to the First Amended Complaint until the sooner of either (i) April 16, 2021; or (ii) twenty-one (21) days after Plaintiffs notify Defendants in good faith whether they intend to appeal the Court's order denying Plaintiffs' motion for preliminary injunction.

7.   In the event that Plaintiffs file a notice of appeal of the order denying the preliminary injunction motion, the parties agree that Defendants' deadline to respond to the First Amended Complaint is extended until twenty-one (21) days after the appeal is resolved.

**NOW THEREFORE, THE PARTIES TO THIS ACTION STIPULATE THROUGH THEIR RESPECTIVE COUNSEL TO THE FOLLOWING:**

1.   That counsel of record have the authority to enter into this Stipulation on behalf of their respective clients;

2.   That the deadline for Defendants to respond to the First Amended Complaint is

1    extended until the sooner of either (i) April 16, 2021; or (ii) twenty-one (21) days after Plaintiffs

2    notify Defendants in good faith whether they intend to appeal the Court's order denying

3    Plaintiffs' motion for preliminary injunction;

4         3.    That, in the event that Plaintiffs file a notice of appeal of the order denying the

5    preliminary injunction motion, Defendants' deadline to respond to the First Amended Complaint

6    is extended until twenty-one (21) days after the appeal is resolved.

7    **IT IS SO STIPULATED.**

8    Dated:  March 16, 2021                        XAVIER BECERRA

9                                          Attorney General of California
         MARK R. BECKINGTON

10                                           Supervising Deputy Attorney General

11

12                                        */s/ Todd Grabarsky*[3]

13                                         TODD GRABARSKY
         Deputy Attorney General

14                                         *Attorneys for Defendants Governor Gavin*
         *Newsom and Public Health Officer Dr.*

15                                         *Tomás Aragón*

16   Dated:  March 16, 2021                        BUTTE COUNTY COUNSEL'S OFFICE

17

18                                           */s/ Bruce S. Alpert*

19                                         BRUCE S. ALPERT

20                                         *Attorneys for Defendant Robert Bernstein,*

21                                         *M.D., Ph.D., M.P.H., Health Officer, Butte*
         *County*

22

23   / /

24   / /

25   / /

26   / /

27                   —————————————

28        [3] I hereby attest that all other signatories listed, and on whose behalf the filing is
    submitted, concur in the filing's content and have authorized the filing.

Dated:  March 16, 2021

MENDOCINO COUNTY COUNSEL'S OFFICE


*/s/ Christian Curtis*

CHRISTIAN CURTIS

*Attorneys for Noemi Doohan, M.D., Ph.D., Health Officer, Mendocino County*


Dated:  March 16, 2021

NATIONAL CENTER FOR LAW & POLICY


*/s/ Dean R. Broyles*
Dean R. Broyles
*Attorneys for Plaintiffs Calvary Chapel of Ukiah, Calvary Chapel Fort Bragg, and River of Life Church*

1

**ORDER**

2        The court, having reviewed the parties' stipulation (ECF No. 76) regarding extending the

3  deadline for defendants to respond to plaintiffs' First Amended Complaint (ECF No. 15) in this

4  matter, and good cause appearing therefore,

5        IT IS HEREBY ORDERED that the deadline for defendants to respond to the First

6  Amended Complaint is extended until the sooner of either (i) April 16, 2021; or (ii) twenty-one

7  (21) days after plaintiffs notify defendants in good faith whether they intend to appeal the court's

8  order denying plaintiffs' motion for preliminary injunction (ECF No. 75).

9        IT IS FURTHER ORDERED that, in the event that plaintiffs file a notice of appeal of the

10  order denying the preliminary injunction motion, defendants' deadline to respond to the First

11  Amended Complaint is extended until twenty-one (21) days after the appeal is resolved.

12        This order resolves ECF No. 76.

13  DATED:  March 18, 2021.

14

15                                          _____
16                                          CHIEF UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28