Robert H. Tyler, Esq., CA Bar No. 179572
rtyler@tylerbursch.com
Nada N. Higuera, Esq. CA Bar No. 299819
nhiguera@tylerbursch.com
TYLER & BURSCH, LLP
25026 Las Brisas Road
Murrieta, California 92562
Tel:   (951) 600-2733
Fax:   (951) 600-4996

Dean R. Broyles, Esq., CA Bar No. 179535
dbroyles@nclplaw.org
NATIONAL CENTER FOR LAW & POLICY
539 West Grand Avenue
Escondido, California 92025
Tel:   (760) 747-4529
Fax:   (760) 747-4505

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALVARY CHAPEL OF UKIAH**, a California Non-Profit Corporation; **CALVARY CHAPEL FORT BRAGG**, a California Non-Profit Corporation; and **RIVER OF LIFE CHURCH**, a California Non-Profit Corporation,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>**GAVIN NEWSOM**, in his official capacity as Governor of California; **SONIA ANGELL**, **M.D.**, in her official capacity as California Public Health Officer; **NOEMI DOOHAN, M.D.**, in her official capacity as Public Health Officer, Mendocino County; and **NGOC-PHUONG LUU, M.D.**, in her official capacity as Butte County Public Health Officer,<br><br>　　　　Defendants. | Case No.:  2:20-cv-01431-KJM-DMC<br><br>　**ORDER** |

**ORDER**

**ORDER**

The Court, having reviewed the parties' stipulation regarding Plaintiffs' Second Amended Complaint in this matter, and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiffs shall be granted leave to file their Second Amended Complaint within ten (10) days of the filing of this order.

It IS FURTHER ORDERED that Defendants shall respond to Plaintiffs' Second Amended Complaint within thirty (30) days of its filing.

DATED: April 19, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE